11/May/15

To: court of criminal appeal of tx,
P.O. BOX 12308, capitol station, Austin tx, 78711.

yó matias nicolas angeles he estado
mandando las cartas con ayuda de mis com-
Pañeros réos porg' yo no puedo leer ni
escribir en ningun idioma, alo inconve-
niente paso alo siguiente:

he recivido una carta de official Business
state of texas del dia 4/8/15 y al verla
dice que mis ultimas letras g' mande
las recivio la corte, por lo cual yo me en-
cuentro desesperado por el delito g' me estan
culpando (g' no soy culpable y firmaron por mi)
yo quisiera saber despues de recivir esta
nota g' es el procedimiento g' sigue, g'
Paso es el siguiente ó g' estoy esperan-
do de ustedes porg' yo no soy culpable
como se los dije en la carta pasada, por
fabor, dejenme saber, Gracias y dis-
culpen mis palabras.

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 1 4 2015

Abel Acosta, Clerk